| | |
|---|---|
| DAVID GOLUBCHIK (State Bar No. 185520)<br>CARMELA T. PAGAY (State Bar No. 195603)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@LNBYG.com; ctp@LNBYG.com<br><br>Proposed Attorneys for Debtor and Debtor in Possession | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CPIF LA Arts District LLC, a Washington limited liability company,<br><br>            Debtor and Debtor in Possession. | Case No.: 2:25-bk-12827<br><br>Chapter 11 Case |
| | **NOTICE OF LODGMENT OF ORDER APPROVING STIPULATON REGARDING USE OF CASH COLLATERAL** |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING STIPULATON REGARDING USE OF CASH COLLATERAL** was lodged on April 10, 2025 and is attached. This order relates to the motion which is docket number 8.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

DAVID GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CPIF LA Arts District LLC, a Washington limited liability company,<br><br>Debtor and Debtor in Possession. | Case No.: 2:25-bk-12827<br>Chapter 11 Case<br><br>**ORDER APPROVING STIPULATON REGARDING USE OF CASH COLLATERAL**<br><br>[No hearing required] |

1

This Court, having considered that certain "*Stipulation For Use Of Cash Collateral*" ("Stipulation"), ECF No. 8, entered into by CPIF LA Arts District LLC, a Washington limited liability company, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"), and Greyhawk Colyton Lender, LLC (the "Secured Creditor," and together, with the Debtor, the "Parties"), the entire record in this case, having determined that the circumstances of this case warrant the approval of the Stipulation on a final basis, and other good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved;

2. The Debtor may use Cash Collateral, as that term is defined in the Stipulation, in the ordinary course of business for the line items identified in the Budget, as that term is defined in the Stipulation, provided that it shall not use Cash Collateral in any amount (a) in excess of 15% of any line item for any given month; and (b) in excess of 15% of the total aggregate budget for any given month (collectively, the "Variances"). Variances may be increased by amounts necessary to fund the operation of the Property (as that term is defined in the Stipulation) with the Secured Creditor's prior written consent or order of the Court.

3. The Debtor shall provide the Secured Creditor with no less than three (3) business days' written notice of any proposed use of any funds held by Debtor that will exceed the Variances under the Budget or with respect to expenses not included in the Budget. If the Secured Creditor objects to any such expenditure prior to the date of the proposed use of funds, the Debtor shall not use such funds without further order of the Court or the Secured Creditor's written consent. Notwithstanding the foregoing, in the event of an urgency (e.g., unexpected emergency repair) which requires action on shorter notice than provided above, the Debtor shall provide such shorter notice to Secured Creditor with a requested turnaround time and the Parties shall work together in good faith to address any such issues.

4. Replacement Lien. The Secured Creditor is hereby granted a replacement lien in the Debtor's assets acquired or generated postpetition of the same type and class that the Secured

Creditor was entitled to immediately prior to this bankruptcy filing (expressly excluding, however, any claims or recoveries of the Debtor under Chapter 5 of the Bankruptcy Code) (the "Replacement Lien").

5. <u>Filing/Recordation</u>. The Replacement Lien and security interest granted herein are valid, enforceable and fully perfected, and no filing or recordation or any other act in accordance with any applicable local, state or federal law is necessary to create or perfect such lien and security interest; provided, however, that upon request of the Secured Creditor, the Debtor shall execute such security and perfection documentation as may be reasonably required to create or perfect such liens under applicable non-bankruptcy law, including without limitation, UCC-1 financing statements, UCC-3 continuation statements (for existing pre-petition security interests), and notice to depository banks.

6. <u>Single Asset Real Estate Case</u>. The Property, as that term is defined in the Stipulation, constitutes "single asset real estate" as that term is defined in Section 101(51B) of the Bankruptcy Code and the Debtor constitutes a "single asset real estate" debtor for all purposes in connection with this case and is subject to Section 362(d)(3) of the Bankruptcy Code.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Notice Of Lodgment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 10, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- David Samuel Shevitz    David.S.Shevitz@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **April 10, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 10, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 10, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**