DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CPIF LA Arts District LLC, a Washington limited liability company,<br><br>   Debtor and Debtor in Possession. | Case No.: 2:25-bk-12827-BB<br><br>Chapter 11<br><br>**DEBTOR'S STATUS REPORT**<br><br>Date: June 4, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 1539<br>         Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, California 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, ALL SECURED CREDITORS, 20 LARGEST UNSECURED CREDITORS, CREDITORS REQUESTING SPECIAL NOTICE AND OTHER PARTIES IN INTEREST:**

CPIF LA Arts District LLC, a Washington limited liability company,  the debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Debtor" or "CPIF"), respectfully submit this *Chapter 11 Status Report* in compliance with the Court's *Order Setting Scheduling and Case Management Conference* (the "Status Conference Order") [Doc 21], and provide the following information:

///

1

A. <u>Brief description of business and operations and principal assets and liabilities</u>: The Debtor is a real estate lending entity. The Debtor's primary asset is the Property (as described in Section B.1. below).

B. <u>General questions</u>:

1. <u>What precipitated the bankruptcy filing</u>? The Debtor is a real estate lending entity whose affiliate provided financing, on a secured basis junior to Greyhawk Colyton Lender, LLC's ("<u>GCL</u>") predecessor in interest, East West Bank, for that certain mixed use project located at 1129 and 1101 East 5th Street, 445-457 South Colyton Street, and 450-456 South Seaton Street, Los Angeles, CA 90013. consisting of one tax parcel totaling ±1.05 acres or ±45,722 square feet improved with a mixed-use property. The mixed-use property is 91,200 square feet which consists of nine retail units on the ground-floor and 13 apartments/lofts on the 2nd floor of the Property (the "<u>Property</u>"). Based on the borrower's default of its obligations to the Debtor, the borrower's interest was foreclosed upon and the Property was transferred to the Debtor, subject to the first priority lien of GCL. Based on an appraisal dated as of January 15, 2025, the value of the Property is $22,600,000. After the foreclosure, the Debtor used best efforts to monetize the Property while negotiating extensions and forbearance agreements with GCL. Although numerous extensions were reached, GCL was unwilling to further extend the foreclosure sale scheduled for April 8, 2025. In order to preserve and maximize the value of the Property, the Debtor determined that the commencement of this case was necessary and proper.

2. <u>What does the debtor hope to accomplish in this chapter 11 case</u>? The Debtor intends to monetize the Property and satisfy the debt to GCL.

3. <u>What are the principal disputes and problems likely to be encountered during the course of the debtor's reorganization efforts</u>? The sale of the Property is subject to the uncertainties of the California real estate market.

4. <u>How does the debtor recommend that these disputes be resolved and why</u>? The Debtor's real estate broker is actively marketing the Property and anticipates obtaining an acceptable offer soon.

///

5. <u>Has the debtor complied with all of its duties under 11 U.S.C. Sections 521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee, and, if not, why not?</u>  The Debtor believes that it is in substantial compliance, having submitted the majority of required information and documents that are available to it. The Debtor is currently in the process of providing all remaining documents requested by the U.S. Trustee and is completing its first monthly operating report.

6. <u>Do any parties claim an interest in the cash collateral of the debtor?</u>  Yes.

7. <u>Is the debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such party?</u>  Yes. The Debtor and GCL entered into a stipulation for use of cash collateral, which was filed on April 9, 2025 [Doc 8] and approved by Court order entered on April 10, 2025 [Doc 13].

C. <u>Professionals</u>: The application to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("<u>LNBYG</u>") as general bankruptcy counsel was filed on April 16, 2025 [Doc 19] and was approved by Court order entered on May 12, 2025 [Doc 26]. LNBYG will be representing and providing legal advice to the Debtor concerning its reorganization case. The application to employ Cushman & Wakefield of California, Inc. ("<u>C&W</u>") as real estate broker was filed on May 15, 2025 [Doc 28] and is pending. C&W will be marketing the Property for sale.

D. <u>Projected income and expenses for the first six months of the case</u>: See <u>Exhibit 1</u> hereto.

E. <u>Proposed deadlines for the filing of claims and objections to claims</u>: July 31, 2025; September 1, 2025

F. <u>Proposed deadline for the filing of a plan and disclosure statement</u>: The Debtor intends to file its disclosure statement and plan within its exclusivity period.

///

///

///

G. <u>Unexpired leases and executory contracts and the debtor's intentions with regard to such leases and contracts</u>:  The Debtor intends to keep the leases wherein it is the lessor subject to the decision of an interested buyer in case the Property is sold.

Dated: May 21, 2025

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By:   */s/ David B. Golubchik*
　　　DAVID B. GOLUBCHIK
Attorneys for Chapter 11 Debtor and
Debtor in Possession

## DECLARATION OF KEVIN QUINN

I, Kevin Quinn, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am the authorized representative of CPIF LA Arts District LLC, the chapter 11 debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"). I am also employed by Columbia Pacific Advisors, LLC, the "Manager" of Debtor's parent company, CPIF Reit, LLC.

3. I am knowledgeable about the books and records of the Debtor. The Debtor' books and records are made in the regular practice of business, kept in the regular course of business, made by a person with knowledge of the events and information related thereto, and made at or near the time of events and information recorded.

4. I make this declaration in support of the status report (the "Status Report") to which it is attached.

5. I have read and reviewed all of the information provided in the Status Report, and the information provided in the Status Report is true, correct, and accurate.

6. Attached hereto as Exhibit 1 is the Debtor's projected income, expenses and cash flow for the first four months of the case.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on May 21, 2025, at Seattle, Washington.

_____
Kevin Quinn, Declarant

5

# Exhibit 1

**Cash Flow Projections - 13 Weeks**
CPIF LA Arts Disctrict, LLC

|  | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 |
|---|---|---|---|---|---|---|
| Starting Date | 4/7/2025 | 4/14/2025 | 4/21/2025 | 4/28/2025 | 5/5/2025 | 5/12/2025 |
| Ending Date | 4/13/2025 | 4/20/2025 | 4/27/2025 | 5/4/2025 | 5/11/2025 | 5/18/2025 |
| **Starting Cash** | **$36,316.51** | **$39,481.65** | **$37,346.79** | **$34,011.93** | **$28,677.06** | **$15,163.51** |
| COMMERCIAL RENTS |  |  |  |  |  |  |
|    Rent - Office | $0.00 | $0.00 | $0.00 | $0.00 | $1,542.00 | $0.00 |
|    Rent - Retail | $5,300.00 | $0.00 | $0.00 | $0.00 | $5,300.00 | $0.00 |
| TOTAL COMMERCIAL RENTS | $5,300.00 | $0.00 | $0.00 | $0.00 | $6,842.00 | $0.00 |
|  |  |  |  |  |  |  |
| TOTAL PROPERTY MAINT. & REPAIRS | $70.00 | $70.00 | $70.00 | $70.00 | $225.81 | $4,025.81 |
| TOTAL SAFETY | $0.00 | $0.00 | $0.00 | $0.00 | $12,789.00 | $0.00 |
| TOTAL MAINTENANCE | $70.00 | $70.00 | $70.00 | $70.00 | $13,014.81 | $4,025.81 |
| TOTAL ADMIN & GENERAL | $70.00 | $70.00 | $70.00 | $2,070.00 | $360.61 | $360.61 |
| MANAGEMENT FEES | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 |
| TOTAL MANAGEMENT FEES | $70.00 | $70.00 | $70.00 | $2,070.00 | $5,360.61 | $360.61 |
| TOTAL UTILITIES | $456.40 | $456.40 | $456.40 | $456.40 | $441.68 | $441.68 |
| MISC EXPENSES | $1,538.46 | $1,538.46 | $1,538.46 | $1,538.46 | $1,538.46 | $1,538.46 |
| LEASING COMMISSIONS PER BUDGET | $0.00 | $0.00 | $1,200.00 | $1,200.00 | $0.00 | $0.00 |
| Total Expenses | $2,134.86 | $2,134.86 | $3,334.86 | $5,334.86 | $20,355.56 | $6,366.56 |
|  |  |  |  |  |  |  |
| Cash Flow After Operations | $39,481.65 | $37,346.79 | $34,011.93 | $28,677.06 | $15,163.51 | $8,796.95 |
| Capital Contributions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,000.00 |
| **Ending Cash Balance** | **$39,481.65** | **$37,346.79** | **$34,011.93** | **$28,677.06** | **$15,163.51** | **$21,796.95** |

Cash Flow After Operations - Starting Cash + Total Commercial Rents - Total Expenses
Capital Contributions - owner contributions to fund operations
Ending Cash Balance - Cash Flow After Operations + Capital Contributions

| Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|
| 5/19/2025 | 5/26/2025 | 6/2/2025 | 6/9/2025 | 6/16/2025 | 6/23/2025 | 6/30/2025 |
| 5/25/2025 | 6/1/2025 | 6/8/2025 | 6/15/2025 | 6/22/2025 | 6/29/2025 | 7/6/2025 |
| $21,796.95 | $19,230.39 | $16,663.83 | $14,581.97 | $12,447.11 | $10,312.25 | $21,177.38 |
| | | | | | | |
| $0.00 | $0.00 | $1,542.00 | $0.00 | $0.00 | $0.00 | $1,542.00 |
| $0.00 | $0.00 | $5,300.00 | $0.00 | $0.00 | $0.00 | $5,300.00 |
| $0.00 | $0.00 | $6,842.00 | $0.00 | $0.00 | $0.00 | $6,842.00 |
| | | | | | | |
| $225.81 | $225.81 | $70.00 | $70.00 | $70.00 | $70.00 | $67.74 |
| $0.00 | $0.00 | $12,789.00 | $0.00 | $0.00 | $0.00 | $12,789.00 |
| $225.81 | $225.81 | $12,859.00 | $70.00 | $70.00 | $70.00 | $12,856.74 |
| $360.61 | $360.61 | $2,070.00 | $70.00 | $70.00 | $70.00 | $67.74 |
| $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| $360.61 | $360.61 | $7,070.00 | $70.00 | $70.00 | $70.00 | $5,067.74 |
| $441.68 | $441.68 | $456.40 | $456.40 | $456.40 | $456.40 | $441.68 |
| $1,538.46 | $1,538.46 | $1,538.46 | $1,538.46 | $1,538.46 | $1,538.46 | $1,538.46 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| $2,566.56 | $2,566.56 | $21,923.86 | $2,134.86 | $2,134.86 | $2,134.86 | $21,904.62 |
| | | | | | | |
| $19,230.39 | $16,663.83 | $1,581.97 | $12,447.11 | $10,312.25 | $8,177.38 | $6,114.76 |
| $0.00 | $0.00 | $13,000.00 | $0.00 | $0.00 | $13,000.00 | $13,000.00 |
| $19,230.39 | $16,663.83 | $14,581.97 | $12,447.11 | $10,312.25 | $21,177.38 | $19,114.76 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Debtor's Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 21, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Carmela Pagay    ctp@lnbyg.com
- Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- David Samuel Shevitz    David.S.Shevitz@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David R Zaro    dzaro@allenmatkins.com

**2. SERVED BY UNITED STATES MAIL**: On **May 21, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Honorable Sheri Bluebond<br>USBC Central District of California<br>255 E. Temple Street, Suite 1534 / Courtroom 1539<br>Los Angeles, CA 90012 | David Samuel Shevitz<br>Office of the United States Trustee<br>915 Wilshire Blvd.<br>Ste 1850<br>Los Angeles, CA 90017 |

☒ Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 21, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| May 21, 2025 | Rebecka Merritt | */s/ Rebecka Merritt* |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          CRIF LA Arts District LLC, a Washington limi   Los Angeles Division
0973-2                                    459 Colyton Street                             255 East Temple Street,
Case 2:25-bk-12827-BB                     Los Angeles, CA 90013                          Los Angeles, CA 90012-3332
Central District of California
Los Angeles
Wed May 21 13:50:16 PDT 2025

Apocalypse Security Inc.                  Arts District Co-Op                            Franchise Tax Board
3462 E. 14th Street                       753 Colyton Street                             Special Procedures - Insolvency
Los Angeles, CA 90023-3819                Los Angeles, CA 90013                          P.O. Box 2952
                                                                                         Sacramento, CA 95812-2952


GREYHAWK COLYTON LENDER, LLC              Han Ng                                         (p)INTERNAL REVENUE SERVICE
c/o David Zaro, Esq., Allen Matkins       1105 E. 5th Street                             CENTRALIZED INSOLVENCY OPERATIONS
865 South Figueroa Street, 28th Fl        Los Angeles, CA 90013                          PO BOX 7346
Los Angeles, CA 90017-2543                                                               PHILADELPHIA PA 19101-7346


Joe Adams                                 LA DWP                                         (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
1159 E. 5th St, Unit 10                   P.O. Box. 30808                                ATTN BANKRUPTCY UNIT
Los Angeles, CA 90013                     Los Angeles, CA 90030-0808                     PO BOX 54110
                                                                                         LOS ANGELES CA 90054-0110


SVN Elevate                               Sign Country Creative                          Starrrt, LLC
454 Seaton St.                            459 Colyton Street,Unit 9B-2                   1131 E. 5th Street
Los Angeles, CA 90013-2813                Los Angeles, CA 90013                          Los Angeles, CA 90013


TVM Development                           United States Trustee (LA)                    Vince Gonzales Inc & DIS Shoes USA
278 Calle Orovista                        915 Wilshire Blvd, Suite 1850                  453 Colyton St.
Camarillo, CA 93012-0927                  Los Angeles, CA 90017-3560                     Los Angeles, CA 90013-2210


Yosi Alan Tehrani                         Carmela Pagay                                  David B Golubchik
451 Colyton St.                           Levene, Neale, Bender, Yoo & Golubchik L       Levene, Neale, Bender, Yoo & Golubchik L
Los Angeles, CA 90013-2210                2818 La Cienega Avenue                         2818 La Cienega Avenue
                                          Los Angeles, CA 90034-2618                     Los Angeles, CA 90034-2618
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                  Los Angeles County Tax Collector
Insolvency I Stop 5022                    P.O. Box 54018
300 N. Los Angeles St., #4062             Los Angeles, CA 90054-0018
Los Angeles, CA 90012-9903
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

**End of Label Matrix**
Mailable recipients    20
Bypassed recipients     3
Total                  23