DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

**FILED & ENTERED**

**JUN 09 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli   DEPUTY CLERK**

Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CPIF LA ARTS DISTRICT LLC, a Washington limited liability company,<br><br>  Debtor and Debtor in Possession. | Case No.: 2:25-bk-12827-BB<br><br>Chapter 11<br><br>**ORDER ON CHAPTER 11 STATUS CONFERENCE**<br><br>Date:  June 4, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 1539<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

On June 4, 2025, at 10:00 a.m., the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California (the "Court"), held a chapter 11 status conference hearing (the "Hearing") in Courtroom 1539 of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, in the above-captioned chapter 11 case of CPIF LA Arts District LLC, a Washington limited liability company, the debtor and debtor in possession herein (the "Debtor").  Appearances were made as set forth on the Court's record of the Hearing.

///

///

The Court, having read and considered (i) the Debtor's Chapter 11 Status Report; (ii) the statements of counsel made orally on the record of the Hearing, and (iii) the docket and records in this case, and good cause appearing therefor,

**IT IS HEREBY ORDERED as follows:**

1. The deadline for the filing of claims in this case shall be July 31, 2025 (the "Bar Date").

2. The Debtor shall serve notice of the Bar Date on all creditors by June 6, 2025.

3. The chapter 11 status conference hearing is continued to August 20, 2025, at 11:00 a.m.

4. The Debtor shall file an updated status report by August 8, 2025.

###

Date: June 9, 2025

Sheri Bluebond
United States Bankruptcy Judge

2