DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CPIF LA Arts District LLC, a Washington limited liability company,<br><br>       Debtor and Debtor in Possession. | Case No.: 2:25-bk-12827-BB<br><br>Chapter 11<br><br>**DEBTOR'S SECOND CHAPTER 11 STATUS REPORT**<br><br>Date:  August 20, 2025<br>Time:  11:00 a.m.<br>Place:  Courtroom 1539<br>      Roybal Federal Building<br>      255 East Temple Street<br>      Los Angeles, California 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, ALL SECURED CREDITORS, 20 LARGEST UNSECURED CREDITORS, CREDITORS REQUESTING SPECIAL NOTICE AND OTHER PARTIES IN INTEREST:**

CPIF LA Arts District LLC, a Washington limited liability company,  the debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "<u>Debtor</u>" or <u>CPIF</u>"), respectfully submits this *Debtor's Second Chapter 11 Status Report* to update the Court as to the status of this case, and provides the following information:

///

A.   <u>Brief description of business and operations and principal assets and liabilities</u>: The Debtor is a real estate lending entity.   The Debtor's primary asset is the Property (as described in Section B.1. below).

B.   <u>General questions</u>:

1.   <u>What precipitated the bankruptcy filing</u>?  The Debtor is a real estate lending entity whose affiliate provided financing, on a secured basis junior to Greyhawk Colyton Lender, LLC's ("<u>GCL</u>") predecessor in interest, East West Bank, for that certain mixed-use project located at 1129 and 1101 East 5th Street, 445-457 South Colyton Street, and 450-456 South Seaton Street, Los Angeles, CA 90013. consisting of one tax parcel totaling ±1.05 acres or ±45,722 square feet improved with a mixed-use property.  The mixed-use property is 91,200 square feet which consists of nine retail units on the ground-floor and 13 apartments/lofts on the 2nd floor of the Property (the "<u>Property</u>").  Based on the borrower's default of its obligations to the Debtor, the borrower's interest was foreclosed upon and the Property was transferred to the Debtor, subject to the first priority lien of GCL.  After the foreclosure, the Debtor used best efforts to monetize the Property while negotiating extensions and forbearance agreements with GCL.  Although numerous extensions were reached, GCL was unwilling to further extend the foreclosure sale scheduled for April 8, 2025.  In order to preserve and maximize the value of the Property, the Debtor determined that the commencement of this case was necessary and proper.

2.   <u>What does the debtor hope to accomplish in this chapter 11 case</u>?  The Debtor intends to monetize the Property and satisfy the debt to GCL.  The Debtor has been marketing the Property and secured a buyer.  The Purchase and Sale Agreement is being negotiated and documented at this time.  Once complete, the Debtor intends to pursue a sale through a plan of reorganization.  In addition, it appears that the sale will result in full payment of all claims.  As a result, the Debtor will seek a waiver for the need to have a disclosure statement approved since everyone will be deemed to have accepted the plan based on full payment of all claims.

3.   <u>What are the principal disputes and problems likely to be encountered during the course of the debtor's reorganization efforts</u>?  The sale of the Property is subject to the

///

1   uncertainties of the California real estate market. As discussed above, a buyer has been procured

2   and the sale documents are being negotiated and drafted.

3       4.    <u>How does the debtor recommend that these disputes be resolved and why</u>?  The

4   Debtor's real estate broker has been actively marketing the Property, and since the first status

5   conference, the Debtor has accepted a purchase offer for the Property.

6       5.    <u>Has the debtor complied with all of its duties under 11 U.S.C. Sections</u>

7   <u>521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee, and,</u>

8   <u>if not, why not</u>?  The Debtor believes that it is currently in substantial compliance, including the

9   filing of monthly operating reports.

10      6.    <u>Do any parties claim an interest in the cash collateral of the debtor</u>?  Yes.

11      7.    <u>Is the debtor using cash that any party claims as its cash collateral and, if</u>

12  <u>so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent</u>

13  <u>of such party</u>?  Yes.  The Debtor and GCL entered into a stipulation for use of cash collateral,

14  which was filed on April 9, 2025 [Doc 8] and approved by Court order entered on April 10, 2025

15  [Doc 13].

16      C.    <u>Professionals</u>: The application to employ Levene, Neale, Bender, Yoo &

17  Golubchik L.L.P. ("<u>LNBYG</u>") as general bankruptcy counsel was filed on April 16, 2025 [Doc

18  19] and was approved by Court order entered on May 12, 2025 [Doc 26].  LNBYG has been

19  representing and providing legal advice to the Debtor concerning its reorganization case.  The

20  application to employ Cushman & Wakefield of California, Inc. ("<u>C&W</u>") as real estate broker

21  was filed on May 15, 2025 [Doc 28] and was approved by Court order entered on June 9, 2025

22  [Doc 37].  C&W has been marketing the Property for sale. No other professionals are anticipated

23  to be employed.

24      D.    <u>Plan and disclosure statement</u>: The Debtor is finalizing its negotiation and

25  documentation of the purchase and sale agreement and will file a plan of reorganization promptly

26  upon such completion.

27  ///

28  ///

E.    <u>Unexpired leases and executory contracts and the debtor's intentions with regard to</u> <u>such leases and contracts</u>:  The Debtor intends to keep the leases wherein it is the lessor subject to the decision of an interested buyer in case the Property is sold.


Dated: August 6, 2025                                LEVENE, NEALE, BENDER, YOO
                                                              & GOLUBCHIK L.L.P.

                                                        By:    */s/ David B. Golubchik*
                                                                DAVID B. GOLUBCHIK
                                                        Attorneys for Chapter 11 Debtor and
                                                        Debtor in Possession

## DECLARATION OF KEVIN QUINN

I, Kevin Quinn, hereby declare as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am the authorized representative of CPIF LA Arts District LLC, the chapter 11 debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"). I am also employed by Columbia Pacific Advisors, LLC, the "Manager" of Debtor's parent company, CPIF Reit, LLC.

3.      I am knowledgeable about the books and records of the Debtor. The Debtor's books and records are made in the regular practice of business, kept in the regular course of business, made by a person with knowledge of the events and information related thereto, and made at or near the time of events and information recorded.

4.      I make this declaration in support of the status report (the "Status Report") to which it is attached.

5.      I have read and reviewed all of the information provided in the Status Report, and the information provided in the Status Report is true, correct, and accurate.


I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on August 7, 2025, at Seattle, Washington.


Kevin Quinn, Declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S SECOND CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Carmela Pagay    ctp@lnbyg.com
- Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
- David Samuel Shevitz    David.S.Shevitz@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David R Zaro    dzaro@allenmatkins.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On (*date*) **August 7, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Sheri Bluebond                                    David Samuel Shevitz
USBC Central District of California                          Office of the United States Trustee
255 E. Temple Street, Suite 1534 / Courtroom 1539           915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90012                                       Los Angeles, CA 90017

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 7, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 7, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:25-bk-12827-BB
Central District of California
Los Angeles
Thu Aug  7 14:15:05 PDT 2025

CRTF LA Arts District LLC, a Washington limi
459 Colyton Street
Los Angeles, CA 90013

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AIG Property Casualty, Inc.
Kevin J. Larner, Authorized Representati
28 Liberty Street, Floor 22
New York, NY 10005-1523

Apocalypse Security Inc.
3462 E. 14th Street
Los Angeles, CA 90023-3819

Arts District Co-Op
753 Colyton Street
Los Angeles, CA 90013

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952

GREYHAWK COLYTON LENDER, LLC
c/o Matthew D. Pham, Esq.,
Allen Matkins
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-2795

Han Ng
1105 E. 5th Street
Los Angeles, CA 90013

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joe Adams
1159 E. 5th St, Unit 10
Los Angeles, CA 90013

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030-0808

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

SVN Elevate
454 Seaton St.
Los Angeles, CA 90013-2813

Sign Country Creative
459 Colyton Street,Unit 9B-2
Los Angeles, CA 90013

Starrrt, LLC
1131 E. 5th Street
Los Angeles, CA 90013

TVM Development
278 Calle Orovista
Camarillo, CA 93012-0927

Vince Gonzales Inc & DIS Shoes USA
453 Colyton St.
Los Angeles, CA 90013-2210

Yosi Alan Tehrani
451 Colyton St.
Los Angeles, CA 90013-2210

Carmela Pagay
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

David B Golubchik
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cushman & Wakefield of California, Inc.        (u)Levene, Neale, Bender, Yoo & Golubchik L.L        (u)Matthew D. Pham


(u)R. David Zaro                                  End of Label Matrix
                                                  Mailable recipients    21
                                                  Bypassed recipients     4
                                                  Total                  25