PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, State Bar No. 271917
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-3240 telephone
Email: David.S.Shevitz@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**CPIF LA ARTS DISTRICT LLC,**<br><br>Debtor(s). | Case No.: 2:25-bk-12827-BB<br><br>Chapter 11<br><br>**UNITED STATES TRUSTEE'S CONDITIONAL NON-OPPOSITION TO MOTION FOR ORDER (I) SETTING HEARING ON CONFIRMATION OF PLAN UNDER WHICH THERE ARE NO IMPAIRED CLASSES; AND (II) DISPENSING WITH A DISCLOSURE STATEMENT**<br><br>Hearing Date:  September 10, 2025<br>Time             1:00 p.m.<br>Place            Courtroom 1539<br>                 255 E. Temple St.<br>                 Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S COUNSEL, AND ALL PARTIES IN INTEREST:**

Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee"), hereby files this conditional non-opposition to CPIF LA Arts District LLC's ("Debtor") Motion for Order (I) Setting Hearing on Confirmation of Plan Under Which There Are No Impaired Classes; and (II) Dispensing With a Disclosure Statement (the "Motion").

The U.S. Trustee has no opposition to the Motion and the dispensing of the Disclosure

- 1 -

1 | Statement if there are truly no unimpaired classes as represented by the Debtor.

2 | However, if the Court makes a determination that there are any impaired creditors at any
3 | time before confirmation of the Plan, then the Debtor should be required to file a disclosure
4 | statement and solicit votes pursuant to 11 U.S.C. Section 1125.

5 |
6 | DATED: August 27, 2025                                      Respectfully submitted,
                                                                 PETER C. ANDERSON
7 |                                                              UNITED STATES TRUSTEE
8 |
                                                                  /s/ David S. Shevitz
9 |                                                              By:    DAVID S. SHEVITZ
                                                                     Trial Attorney
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

- 2 -

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd. Suite 1850, Los Angeles CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **UNITED STATES TRUSTEE'S CONDITIONAL NON-OPPOSITION TO MOTION FOR ORDER (I) SETTING HEARING ON CONFIRMATION OF PLAN UNDER WHICH THERE ARE NO IMPAIRED CLASSES; AND (II) DISPENSING WITH A DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1-8/27/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/27/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/27/2025 | David S. Shevitz | /s/ David S. Shevitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

**SECTION I – EMAIL SERVICE**

**David B Golubchik  (counsel for Debtor)**   dbg@lnbyg.com, dbg@lnbyg.com
**Carmela Pagay  (counsel for Debtor)**   ctp@lnbyg.com
**Matthew D Pham**   mpham@allenmatkins.com, mdiaz@allenmatkins.com
**David Samuel Shevitz**   David.S.Shevitz@usdoj.gov
**United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
**David R Zaro**   dzaro@allenmatkins.com

**SECTION II – U.S. MAIL SERVICE**

**Debtor**
CPIF LA Arts District LLC,
a Washington limited liability company
459 Colyton Street
Los Angeles, CA 90013

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**