DAVID B. GOLUBCHIK (State Bar No. 185520)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 15 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CPIF LA ARTS DISTRICT LLC, a Washington limited liability company,<br><br>Debtor and Debtor in Possession. | Case No.: 2:25-bk-12827-BB<br><br>Chapter 11 Case<br><br>**ORDER ON MOTION FOR ORDER (I) SETTING HEARING ON CONFIRMATION OF PLAN AND (II) DISPENSING WITH A DISCLOSURE STATEMENT**<br><br>Date:   September 10, 2025<br>Time:  1:00 p.m.<br>Place:  Courtroom 1539<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

On September 10, 2025, at 1:00 p.m., in Courtroom 1539 of the United States Bankruptcy Courthouse located at 255 East Temple Street, Los Angeles, California, the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California (the "Court"), held a hearing (the "Hearing"), to consider *Motion for Order (i) Setting Hearing on Confirmation of Plan Under Which There Are No Impaired Classes; and (ii) Dispensing With a Disclosure Statement* (the "Motion," Dkt. No. 45), filed by CPIF LA Arts District LLC, debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Debtor").

1

The Court, having read and considered the Motion and all papers in support of the Motion, the Conditional Non-Opposition filed by the United States Trustee (Dkt. No. 47), and the statements of counsel made orally on the record of the Court at the Hearing, the record in the case, the docket in the case, and for good cause appearing, therefor,

**IT IS HEREBY ORDERED THAT:**

(1)  The Motion is granted on the terms set forth below.

(2)  The Debtor is authorized to dispense with the requirement of a separate disclosure statement.

(3)  The Debtor shall file an amended plan not later than September 26, 2025, that addresses the Court's tentative ruling issued on September 9, 2025, a copy of which is attached hereto, and contains the information generally required in Subchapter V plans, along with a declaration from the Debtor.

(4)  A continued Case Management Conference shall be held on October 8, 2025 at 11:00 a.m.  At such hearing the Court shall consider setting a hearing on confirmation of the Amended Plan.

### 

Date: September 15, 2025

Sheri Bluebond
United States Bankruptcy Judge

# United States Bankruptcy Court
## Central District of California
Los Angeles
Sheri Bluebond, Presiding
Courtroom 1539 Calendar

**Wednesday, September 10, 2025**     Hearing Room    **1539**

**1:00 PM**
**2:25-12827**    **CPIF LA Arts District LLC, a Washington limited li**    Chapter 11

    **#110.00**    Motion For Order (i) Setting Hearing On Confirmation Of Plan Under Which There Are No Impaired Classes; And (ii) Dispensing With A Disclosure Statement

                 Docket      45

**Courtroom Deputy:**

**ZoomGov Appearance by:**

**9/8/25 - Carmela Pagay**

**9/8/25 - David Shevitz**

**9/8/25 - Matthew Pham**

**Tentative Ruling:**

Unsecured creditors are not unimpaired under the debtor's plan as it does not appear that the debtor intends to pay them post-petition interest. Further, although creditors need not vote if they are truly unimpaired, the Court still needs information in order to make the findings necessary to confirm the plan, including whether the debtor is acting in good faith. Although the debtor stated that it wanted to keep the name of the buyer confidential, its name does appear in the motion. However, no information has been provided as to the nature or creditworthiness of the entity that will purchase the property and the extent to which there are any connections between the debtor and the proposed purchaser.

Hearing required.

| Party Information |
|---|

**Debtor(s):**

    CPIF LA Arts District LLC, a        Represented By
                                                     David B Golubchik
                                                     Carmela Pagay